121 A.3d 877

IN THE MATTER OF THOMAS J. TARIGO, AN ATTORNEY AT LAW (ATTORNEY NO. 000702001).

September 28, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–364, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **THOMAS J. TARIGO** of **WALNUT, CALIFORNIA**, who was admitted to the bar of this State in 2001, should be admonished based on discipline imposed by the United States Court of Appeals for the Ninth Circuit for conduct that in New Jersey violates *RPC* 1.1(a) (gross neglect) and *RPC* 3.1 (filing frivolous pleadings);

And good cause appearing;

It is ORDERED that **THOMAS J. TARIGO** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.